UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                        Plaintiff,<br><br>            -against-<br><br>MULBERRY STREET BAR LLC et al.,<br><br>                        Defendants. | 24-cv-3480 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 1, 2024, the parties requested a 30-day adjournment of the initial pretrial conference. Dkt. 8. The Court granted the request in part, giving a one-week adjournment. Dkt. 9. It also reminded the parties to submit their joint pretrial letter and proposed case-management plan by August 8, 2024. *Id.* The parties have failed to meet that deadline. In fact, Defendants have still not appeared, and there is no proof of service on the docket.

By **August 12, 2024, at 5:00 p.m.**, the parties shall submit the joint letter and proposed case-management plan, and Plaintiff shall update the Court as to service of the complaint. Continued failure to prosecute this case or comply with court orders may result in **dismissal**. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: August 9, 2024
       New York, New York

                                                        _____
                                                        ARUN SUBRAMANIAN
                                                        United States District Judge