UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH VOLFMAN,

      Plaintiff,

-against-

MULBERRY STREET BAR LLC and
HERMES MANAGEMENT LLC,

      Defendants.

24-cv-3480 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

  On October 1, 2024, this Court held a hearing on plaintiff's motion for a default judgment (Dkt. 23). During that hearing, plaintiff indicated that defendants had been in contact with plaintiff for settlement negotiations via phone and email. However, defendants have not appeared in this case. **Defendants must appear before this Court and participate in this litigation. Additionally, as corporate parties, defendants may not appear pro se.**

  The parties are ordered to appear for a conference on November 1, 2024 at 2:30 pm in Courtroom 15A, 500 Pearl St., New York, NY 10007. **Plaintiff is directed to personally serve this order on defendants and via email.**

  **Defendants should be aware that the plaintiff is seeking a default judgment against defendants requiring compliance with the ADA and compensatory damages. If defendants do not appear, the Court will entertain that request and may enter an enforceable judgment on defendants without their participation in this case.**

  SO ORDERED.

Dated: October 1, 2024
   New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge